**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 99-6987**

———

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WALTER LOUIS INGRAM,

Defendant - Appellant.

———

**No. 99-7131**

———

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WALTER LOUIS INGRAM,

Defendant - Appellant.

———

Appeals from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Chief District Judge. (CR-92-116, CA-97-3512-JFM)

———

Submitted: October 21, 1999        Decided: October 27, 1999

———

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Walter Louis Ingram, Appellant Pro Se.  Andrea L. Smith, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Walter Louis Ingram seeks to appeal the district court's
orders denying his motions to reconsider a previous order denying
relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp.
1999).  We have reviewed the record and the district court's opin-
ions and find no reversible error.  Accordingly, we deny a certif-
icate of appealability and dismiss the appeal on the reasoning of
the district court.  See United States v. Ingram, Nos. CR-92-116;
CA-97-3512-JFM (D. Md. May 17 & July 27, 1999).  We dispense with
oral argument because the facts and legal contentions are ade-
quately presented in the materials before the court and argument
would not aid the decisional process.

DISMISSED